IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| M. LEO STORCH MANAGEMENT CORP. ACTING BY AND THROUGH MLSDC COLUMBIA LLC | * * * | |
| Plaintiff, | * | |
| v. | * * | Civil No. 22-2867 |
| TRAVELERS INDEMNITY COMPANY OF AMERICA | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S STATEMENT
PURSUANT TO STANDING ORDER 2021-13**

Defendant Travelers Indemnity Company of America ("Travelers") by its undersigned counsel, files this statement pursuant to the Court's Standing Order 2021-13:

1. **Date that defendant was served with summons and complaint**:

Plaintiff M. Leo Storch Management Corp. acting by and Through MLSDC Columbia LLC served Travelers with process on October 6, 2022. *See* ECF No. 1, Notice of Removal, ¶ 2.

2. **Diversity jurisdiction matters**: Plaintiff M. Leo Storch Management Corp. acting by and Through MLSDC Columbia LLC ("Storch") is a Maryland corporation whose principal office is located in Baltimore County at 25 Hooks Lane, Suite 312, Baltimore, Maryland 21208. *See* Exhibit A, Caption (identifying Plaintiff's address in Baltimore, Maryland) and ¶ 6. Travelers, the only defendant to the State court action, is not a citizen of Maryland.

1

Travelers is a Connecticut corporation with its principal place of business located in Hartford, Connecticut 06183.

3.      **If removal takes place more than thirty days after any defendant was served**: Travelers removed the State court action to this Court on November 4, 2022, which was within 30 days of service of process.  *See* ECF No. 1.  As a result, there is no information responsive to paragraph 3 of this Court's Standing Order 2021-13.

4.      **If removal takes place where action in state court was commenced more than one year before the date of removal**:  The State court action was commenced by Plaintiff on or about August 30, 2022, which is less than one year before the date of removal on November 4, 2022.  As a result, there is no information responsive to paragraph 4 of this Court's Standing Order 2021-13.

5.      **Information concerning defendants who have not joined in removal**:  At the time the State court action was removed, Travelers was (and remains) the only defendant named in the Complaint.  As a result, there is no information responsive to paragraph 5 of this Court's Standing Order 2013-13.

Respectfully submitted,

Dated:  November 4, 2022

/s/ Ezra S. Gollogly
Ezra S. Gollogly (Bar No. 28088)
Kramon & Graham, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 telephone
(410) 539-1269 facsimile
egollogly@kg-law.com

*Counsel for Defendant*
*Travelers Indemnity Company of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of November 2022, a copy of the foregoing Statement Pursuant to Standing Order 2021-13 was served electronically on all parties receiving service via CM/ECF in this case and was sent by first-class mail, postage prepaid, and electronic mail to:

>C. Thomas Brown, Esq.
>Erik B. Lawson, Esq.
>Silver & Brown, P.C.
>10621  Jones Street, Suite 101
>Fairfax, Virginia 22030
>tom@_virginia-lawyers.net
>erik@virginia-lawyers.net
>(703) 591 – 6666
>(703) 591 – 5618
>
>*Counsel for Plaintiff*

>/s/ Ezra S. Gollogly
>Ezra S. Gollogly

4854-5931-9613, v. 1