

**Joseph Dudek**
*Associate*
(410) 347-7418
jdudek@kg-law.com

*Delivered by CM/ECF*

November 29, 2022

Catherine M. Stavlas
*Clerk of the Court*
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

    Re:    *M. Leo Storch Management Corp. v. Travelers Indemnity Company of America*, Case No. 8:22-cv-02867-PJM.

Dear Ms. Staylas:

    This case was removed from the Circuit Court for Prince George's County, Maryland on November 4, 2022. Under Local Rule 103(5)(1), Travelers must file here a copy of the documents that were on file in the state court at the time of removal, together with my certification that all filings in the state court action have been filed in this Court.

    All filings in the state court action are attached to this letter. Thus, I certify that all filings in the state court action have been filed in this Court as of today.

                          Respectfully submitted,

                          /s/ Joseph Dudek